OBRYAN BAUN COHEN KUEBLER
Christopher D. Kuebler (P43220)
Attorney for Plaintiff
401 S. Old woodward, Suite 320
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047 fax

Attorneys for Plaintiff, ANDRE SCOTT

John D. Giffin SBN 89608
KESSAL YOUNG & LOGAN
Four Embarcadero Center, Suite 1500
San Francisco, CA 94111
(415) 398-6000
(415) 981-0136 fax

Attorneys for Defendant, FOSS MARITIME CO.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

ANDRE SCOTT,

    Plaintiff,

vs.

FOSS MARITIME COMPANY,

    Defendant.

Case No. C 05-1322

Stipulation and Proposed Order Granting Plaintiff to Attend Case Management Conference Via Telephone

IT IS HEREBY STIPULATED between the parties that as Plaintiff's counsel is located in Birmingham, Michigan, in order to minimize costs and expenses, Plaintiff's counsel be allowed to participate in the Case Management Conference set for Friday, July 1, 2005, at 8:30 a.m. (PST) by speaker phone.

Stipulation/Proposed Order Pg. 1

| | |
|---|---|
| OBRYAN BAUN COHEN KUEBLER | KEESAL YOUNG & LOGAN |
| /s/ Christopher D. Kuebler | /s/ John D. Giffin (with permission) |
| Christopher D. Kuebler (P43220) | John D. Giffin |
| Attorneys for Plaintiff | Attorneys for Defendant |

Dated: June 23, 2005

IT IS SO ORDERED.

June 23, 2005                                    _____

                                                 United States District Court Judge

Stipulation/Proposed Order Pg. 2