1  JOHN D. GIFFIN, CASB NO. 89608
JOHN COX, CASB NO. 197687
2  KEESAL, YOUNG & LOGAN
A Professional Corporation
3  Four Embarcadero Center, Suite 1500
San Francisco, California 94111
4  Telephone:   (415) 398-6000
Facsimile:   (415) 981-0136

5

6  Attorneys for Defendant
FOSS MARITIME COMPANY

7

8             **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10

11  ANDRE SCOTT,           )  Case No. C 05-1322

12            Plaintiff,  )  **STIPULATION AND ORDER RE**
                     )  **CONTINUANCE OF CASE**
13      vs.          )  **MANAGEMENT CONFERENCE AND**
                     )  **TELEPHONIC APPEARANCE**
14  FOSS MARITIME COMPANY,  )

15            Defendant.  )

16                    )

17  _____)

18

19      IT IS HEREBY STIPULATED by Plaintiff ANDRE SCOTT ("Plaintiff") and

20  Defendant FOSS MARITIME COMPANY ("Defendant") through their respective

21  attorneys of record that the Case Management Conference previously set for October 28,

22  2005 at 8:30 a.m. before the Honorable Charles R. Breyer may be continued to November

23  4, 2005 at 8:30 a.m.

24      IT IS FURTHER STIPULATED that Plaintiff's counsel may appear at the Case

25  Management Conference via telephone.

26

27

28

    SF433538
**STIPULATION AND ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE
AND TELEPHONIC APPEARANCE**

1    IT IS SO STIPULATED.

2

3

4    DATED:  October 13, 2005                    _____
                                                  JOHN D. GIFFIN
5                                                 JOHN COX
                                                  KEESAL, YOUNG & LOGAN
6                                                 Attorneys for Defendant
                                                  FOSS MARITIME COMPANY
7

8

9    DATED:  October 14, 2005                    _____
                                                  CHRISTOPHER D. KUEBLER  KK
10                                                OBRYAN BAUN COHEN KUEBLER
                                                  Attorney for Plaintiff ANDRE SCOTT
11

12

13

14                              **ORDER**

15        Good cause being shown, it is ordered that:

16        ☒    The Case Management Conference previously set for October 28, 2005 at

17   8:30 a.m. is continued to November 4, 2005 at 8:30 a.m. in Courtroom 8.

18

19        ☐    Plaintiff's counsel may appear telephonically.

20

21        IT IS SO ORDERED.

22

23   DATED:  ___October 24___, 2005

24                                                _____
                                                  CHARLES R.
25                                                BREYER
                                                  Judge of the U.S. District Court
26

27

28
                                      - 2 -                              SF433538

**STIPULATION AND ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE
AND TELEPHONIC APPEARANCE**