1  JOHN D. GIFFIN, CASB NO. 89608
   JOHN COX, CASB NO. 197687
2  KEESAL, YOUNG & LOGAN
   A Professional Corporation
3  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
4  Telephone:   (415) 398-6000
   Facsimile:   (415) 981-0136
5
   Attorneys for Defendant
6  FOSS MARITIME COMPANY

7  OBRYAN BAUN COHEN KUEBLER
   Christopher D. Kuebler
8  401 S. Old Woodward, Suite 320
   Birmingham, MI 48009
9  Telephone:   (248) 258-6262
   Facsimile:   (248) 258-6047
10
   Attorney for Plaintiff ANDRE SCOTT
11

12                    UNITED STATES DISTRICT COURT
13
                     NORTHERN DISTRICT OF CALIFORNIA
14

15
   ANDRE SCOTT,                   )  Case No. C 05-1322
16                                )
                      Plaintiff,  )  **STIPULATION AND ORDER RE**
17                                )  **TELEPHONIC APPEARANCE AT**
         vs.                      )  **NOVEMBER 4, 2005 CASE**
18                                )  **MANAGEMENT CONFERENCE**
   FOSS MARITIME COMPANY,         )
19                                )
                      Defendant.  )
20                                )
                                  )
21  _____ )

22

23      IT IS HEREBY STIPULATED by Plaintiff ANDRE SCOTT ("Plaintiff") and

24  Defendant FOSS MARITIME COMPANY ("Defendant") through their respective

25  attorneys of record, that said attorneys may appear telephonically for the Case

26  Management Conference before the Honorable Charles R. Breyer on November 4, 2005

27  at 8:30 a.m.

28

| | |
|---|---|
| 1 | The parties will be available as follows: |
| 2 | John Giffin |
| 3 | Attorney for FOSS MARITIME COMPANY<br>Telephone: (415) 398-6000 |
| 4 | |
| 5 | Christopher Kuebler |
| | Attorney for Plaintiff ANDRE SCOTT |
| 6 | Telephone: (248) 258-6262 |

IT IS SO STIPULATED.

DATED: October 25, 2005

*/s/ John D. Giffin*
JOHN D. GIFFIN
JOHN COX
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
FOSS MARITIME COMPANY

DATED: October 25, 2005

*/s/ Christopher D. Kuebler*
CHRISTOPHER D. KUEBLER /k
OBRYAN BAUN COHEN KUEBLER
Attorney for Plaintiff ANDRE SCOTT

### ORDER

Good cause being shown, it is ordered that:

Plaintiff's counsel and Defendant's counsel may appear telephonically at the Case Management Conference set for November 4, 2005 at 8:30 a.m. in Courtroom 8.

IT IS SO ORDERED.

DATED: __October 27__, 2005

APPROVED
Judge Charles R. Breyer

THE HONORABLE CHARLES R. BREYER
Judge of the U.S. District Court

- 2 -

SF434010

STIPULATION AND ORDER RE TELEPHONIC APPEARANCE AT NOVEMBER 4, 2005 CASE MANAGEMENT CONFERENCE