| | |
|---|---|
| 1 | JOHN D. GIFFIN, CASB NO. 89608 |
|   | JOHN COX, CASB NO. 197687 |
| 2 | KEESAL, YOUNG & LOGAN |
|   | A Professional Corporation |
| 3 | Four Embarcadero Center, Suite 1500 |
|   | San Francisco, California 94111 |
| 4 | Telephone: (415) 398-6000 |
|   | Facsimile: (415) 981-0136 |
| 5 | |
| 6 | Attorneys for Defendant |
|   | FOSS MARITIME COMPANY |
| 7 | OBRYAN BAUN COHEN KUEBLER |
|   | Christopher D. Kuebler |
| 8 | 401 S. Old Woodward, Suite 320 |
|   | Birmingham, MI 48009 |
| 9 | Telephone: (248) 258-6262 |
|   | Facsimile: (248) 258-6047 |
| 10 | |
| 11 | Attorney for Plaintiff ANDRE SCOTT |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ANDRE SCOTT, | ) Case No. C 05-1322 |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING MEDIATION AND** |
| vs. | ) **CASE MANAGEMENT CONFERENCE** |
| FOSS MARITIME COMPANY, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by Plaintiff ANDRE SCOTT ("Plaintiff") and Defendant FOSS MARITIME COMPANY ("Defendant") through their respective attorneys of record, that the January 27, 2006 at 10:00 a.m. Case Management Conference before the Honorable Charles R. Breyer may be continued to a date subsequent to March 2006.

1   IT IS FURTHER STIPULATED that the mediation currently scheduled for
2   January 10, 2006 may be continued to a date between March 15 and March 31, 2006.
3   The parties are cooperating and working diligently towards completion of
4   discovery in this matter.  To date, the parties have conducted depositions of Plaintiff
5   Andre Scott, Engineer Douglass Gould, Dr. Charles Sonu and Dr. Richard Green.
6   Plaintiff Andre Scott has also submitted to an independent medical examination by an
7   orthopedic surgeon.
8   The parties still need to conduct depositions of Leverman Nathan Shellhorn,
9   Lightering Master David McCloy and Jim Wilcox.  We are also in the process of
10  scheduling an independent psychological examination of Plaintiff Andre Scott.
11  Additionally, several discovery issues have developed from the completed
12  depositions which require further medical records subpoenas and discovery.  We do not
13  anticipate any difficulties in completing discovery in the near future.
14  Both parties agree that holding a mediation at this time would be premature.
15  Mediation will be much more effective once discovery is complete.  Accordingly, both
16  parties are in agreement and request that the mediation date of January 10, 2006 be
17  continued to a date between March 15 and March 31, 2006 which is acceptable to the
18  designated Mediator Michael Vafidis.
19  The parties further agree and request that the Case Management Conference
20  scheduled for January 27, 2006 be continued to a date shortly after the mediation.
21
22  IT IS SO STIPULATED.
23
24  DATED:  January 5, 2006                /s/
                                            JOHN D. GIFFIN
25                                          JOHN COX
                                            KEESAL, YOUNG & LOGAN
26                                          Attorneys for Defendant
                                            FOSS MARITIME COMPANY
27
28

- 2 -                                                                              SF436796
STIPULATION AND ORDER CONTINUING MEDIATION AND CASE MANAGEMENT CONFERENCE

1  DATED: January 5, 2006            /s/_____
2                                    CHRISTOPHER D. KUEBLER
                                     OBRYAN BAUN COHEN KUEBLER
3                                    Attorney for Plaintiff ANDRE SCOTT

4

5                                    **ORDER**

6  GOOD CAUSE BEING SHOWN, IT IS ORDERED that:

7  The mediation currently scheduled for January 10, 2006 be continued by Order of
8  this Court to a date between March 15 and March 31, 2006.

9  IT IS FURTHER ORDERED that the Case Management Conference currently set
10 for January 27, 2006 at 10:00 a.m. will be continued by Order of this Court to a date
11 subsequent to the mediation.  Case management conference set for April 7, 2006 at 10:00 a.m.
12 IT IS SO ORDERED.

13

14 DATED: __Jan. 05_____, 2006
15
16                                    _____
17                                    THE HON. CHARLES R. BREYER
                                      Judge, United States District Court
18
        *[APPROVED — Judge Charles R. Breyer signature stamp]*

- 3 -

SF436796

STIPULATION AND ORDER CONTINUING MEDIATION AND CASE MANAGEMENT CONFERENCE