OBRYAN BAUN COHEN KUEBLER
Christopher D. Kuebler (P43220)
Attorney for Plaintiff
401 S. Old woodward, Suite 320
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047 fax

Attorneys for Plaintiff, ANDRE SCOTT

John D. Giffin SBN 89608
KESSAL YOUNG & LOGAN
Four Embarcadero Center, Suite 1500
San Francisco, CA 94111
(415) 398-6000
(415) 981-0136 fax

Attorneys for Defendant, FOSS MARITIME CO.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

ANDRE SCOTT,

    Plaintiff,

vs.

FOSS MARITIME COMPANY,

    Defendant.
_____/

Case No. C 05-1322

Stipulation and ~~Proposed~~ Order
Granting Plaintiff to Attend
Case Management Conference Via
Telephone

    NOW COME the parties, by and through undersigned counsel, and hereby stipulate that Plaintiff's counsel may attend the Case Management Conference presently scheduled for Thursday, April 6, 2006 (8:30 a.m. PST) via telephone. The Court will initiate the telephone call.

Stipulation/Proposed Order Pg. 1

1

2   OBRYAN BAUN COHEN KUEBLER          KEESAL YOUNG & LOGAN

3   /s/ Christopher D. Kuebler               /s/ John D. Giffin (with permission)
4   Christopher D. Kuebler (P43220)       John D. Giffin
    Attorneys for Plaintiff                       Attorneys for Defendant
5
    Dated: March 28, 2006
6

7   IT IS SO ORDERED.
8

9
    March 29, 2006
10
                                                   _____
11                                                 United States District Court Judge



Stipulation/Proposed Order Pg. 2