```
 1  JOHN D. GIFFIN, CASB NO. 89608
    JOHN COX, CASB NO. 197687
 2  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 3  Four Embarcadero Center, Suite 1500
    San Francisco, California 94111
 4  Telephone:  (415) 398-6000
    Facsimile:  (415) 981-0136
 5
    Attorneys for Defendant
 6  FOSS MARITIME COMPANY

 7  OBRYAN BAUN COHEN KUEBLER
    Christopher D. Kuebler
 8  401 S. Old Woodward, Suite 320
    Birmingham, MI 48009
 9  Telephone:  (248) 258-6262
    Facsimile:  (248) 258-6047
10
    Attorney for Plaintiff ANDRE SCOTT
11
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE SCOTT, | Case No. C 05-1322 |
| Plaintiff, | **STIPULATION AND ORDER RE TELEPHONIC APPEARANCE AT SEPTEMBER 15, 2006 CASE MANAGEMENT CONFERENCE** |
| vs. | |
| FOSS MARITIME COMPANY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by Plaintiff ANDRE SCOTT ("Plaintiff") and Defendant FOSS MARITIME COMPANY ("Defendant") through their respective attorneys of record, that said attorneys may appear telephonically for the Case Management Conference before the Honorable Charles R. Breyer on September 15, 2006 at 8:30 a.m.

- 1 -                                                              SF445565

The parties will be available as follows:

John Giffin
Attorney for FOSS MARITIME COMPANY
Telephone: (415) 398-6000

Christopher Kuebler
Attorney for Plaintiff ANDRE SCOTT
Telephone: (248) 258-6262

IT IS SO STIPULATED.

DATED: September 8, 2006          s/ _____
                                  JOHN D. GIFFIN
                                  JOHN COX
                                  KEESAL, YOUNG & LOGAN
                                  Attorneys for Defendant
                                  FOSS MARITIME COMPANY

DATED: September 8, 2006          s/ _____
                                  CHRISTOPHER D. KUEBLER
                                  OBRYAN BAUN COHEN KUEBLER
                                  Attorney for Plaintiff ANDRE SCOTT

### ORDER

Good cause being shown, it is ordered that:

Plaintiff's counsel and Defendant's counsel may appear telephonically at the Case Management Conference set for September 15, 2006 at 8:30 a.m. in Courtroom 8.

IT IS SO ORDERED.

DATED: September 11, 2006

_____
THE HONORABLE CHARLES R. BREYER
Judge of the

IT IS SO ORDERED
Judge Charles R. Breyer

- 2 -

STIPULATION AND ORDER RE TELEPHONIC APPEARANCE AT SEPTEMBER 15, 2006 CASE MANAGEMENT CONFERENCE

SF445565